# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:**<br>Samuel Fobbs<br>725 Lavender St<br>Monteuzma, GA  31063 | **CHAPTER 13**<br><br>**Case Number:** 10-53405-JPS<br><br>**ATTORNEY:**  LISA RENEE WILLIAMS |

## TRANSMITTAL OF UNCLAIMED FUNDS

Now comes the Chapter 13 trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $1,949.50 in unclaimed funds on behalf of the above-referenced debtor. The last known address for the creditor is as follows:

Zenith Acquisition Corp
P.O. Box 850
Amherst, NY 14226

**DATED:** July 2, 2015

/s/ Camille Hope
**Camille Hope, Trustee**
**P.O. Box 954**
**Macon, GA 31202**
**(478) 742-8706**